Adam P. Segal, Esq.
Nevada Bar No. 6120
Adam K. Bult, Esq.
Nevada Bar No. 9332
BROWNSTEIN HYATT FARBER SCHRECK, LLP
100 North City Parkway, Suite 1600
Las Vegas, NV 89106-4614
Telephone: 702.382.2101
Facsimile: 702.382.8135
Emails: asegal@bhfs.com
abult@bhfs.com

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ADAM P. SEGAL, ESQ., an individual<br><br>Plaintiff,<br><br>v.<br><br>FRANCIS C. FLAHERTY; in his official capacity as President of the State Bar of Nevada; and JANEEN V. ISAACSON, in her official capacity as Assistant Bar Counsel to the State Bar of Nevada,<br><br>Defendants. | CASE NO.: 2:13-cv-01511<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTIES** |

This Court, having reviewed Plaintiff's motion to substitute parties and the exhibits attached thereto, and good cause appearing:

IT IS HEREBY ORDERED that Alan Lefebvre, acting in his official capacity as current president of the State Bar of Nevada, is substituted as a Defendant in the instant action in the place of Defendant Francis C. Flaherty, the former president of the State Bar of Nevada.

///

///

020052\0253\10769111.2

1

IT IS FURTHER ORDERED that the caption in the instant matter shall reflect the substitution of parties.

DATED October 8, 2013

_____
UNITED STATES DISTRICT COURT JUDGE/
UNITED STATES MAGISTRATE JUDGE

Submitted by:

BROWNSTEIN HYATT FARBER SCHRECK, LLP

/s/ Adam P. Segal
Adam P. Segal, Esq.
Nevada Bar No. 6120
Adam K. Bult, Esq.
Nevada Bar No. 9332
100 North City Parkway, Suite 1600
Las Vegas, Nevada 89106-4614
Telephone: (702) 382-2101
Facsimile:  (702) 382-8135

Attorneys for Plaintiffs